**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** *Plaintiff*, v. **ASHLEY M. WISNESKI, CAITLIN BABCOCK, THOMAS KANE, PAUL KANE, BRIAN S. KANE, and DIANE H. POLIFRONIO,** *Defendants*. | Civil Action No. 18-15261 ORDER |

**THIS MATTER** comes before the Court on Plaintiff Prudential Insurance Company of America's ("Prudential") Motion for Default Judgment against Diane H. Polifronio and for Interpleader Relief to be discharged from any liability by all claimants, ECF No. 32;

and it appearing that the Honorable Leda Wettre issued a Report and Recommendation ("R&R") on May 13, 2019, in which she recommended that this Court grant Plaintiff's Motion, ECF No. 33;

and it appearing that neither Defendants nor Plaintiff have filed any objections to the R&R and that the timeframe within which to file objections has expired;

and for the reasons set forth in Judge Wettre's R&R;

**IT IS** on this 6th day of June, 2019;

**ORDERED** that Judge Wettre's R&R is **ADOPTED** and Plaintiff's Motion for Default Judgment against Diane Polifronio and for Interpleader Relief as to all claimants is **GRANTED**.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**